UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Antonio R Espinosa, Esq.
ANDRIL & ESPINOSA, LLC
534 Westfield Avenue,
Elizabeth, NJ 07208
(908) 558-0100
andespbk@gmail.com
Attorney for the Debtor

Order Filed on September 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
DIEGO BARRERA,
        (Debtor).

Case Number: 17-26401

Hearing Date: 9/26/2017@10:00am

Judge: CMG

Chapter: 7

Recommended Local Form:  ☒ Followed   ☐ Modified

## ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: September 29, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

   This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as _____Persoanl Property_____, and it is hereby

   ORDERED that the following judicial lien(s) is (are) avoided (list liens):

   1.  American Express Bank FSB - J-05229-14_____

   2.  _____

   3.  _____

and it is hereby

   ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*