UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Diego Barrera

Case No.: 17-26401
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

On 10/5/17, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on November 7, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 10 Ferris Road, Edison, NJ 08817 - $350,000

Liens on property: $360,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell
Address: 115 Maple Ave., Red Bank, NJ 07701
Telephone No.: (732) 383-7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-26401-CMG
Diego Barrera                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Oct 05, 2017
                              Form ID: pdf905          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
```
db            +Diego Barrera,    98 Johnson Street,    Fords, NJ 08863-2014
516999915     +Allegro Vacation Club,    c/o Monterey,    4095 Avenda De La Playa,    Oceanside, CA 92056-5802
516999914     +Allegro Vacation Club,    c/o Monterey Collection Sv,    4095 Avenida De La Playa,
               Oceanside, CA 92056-5802
516999916     +Alma Galves,    10 Ferris Road,    Edison, NJ 08817-3902
516999917     +American Express Bank FSB,    P.O. Box 981537,    El Paso, TX 79998-1537
516999918     +Cavalry SPV I, LLC,    c/o Apothaker Scian, P.C.,    520 Fellowship Road, Ste. C306,
               P.O. Box 5496,    Mount Laurel, NJ 08054-5496
516999921    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, Inc,    350 Highland Drive,
               Lewisville, TX 75067)
516999922     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
516999923     +University Radiology Group P.C.,    c/o Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 05 2017 22:55:03    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 05 2017 22:55:00    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516999919     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 05 2017 22:54:59    Citibank N.A.,
               c/o Midland Funding, LLC,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516999920     +E-mail/Text: bankruptcy@cavps.com Oct 05 2017 22:55:20    Citibank, N.A.,
               c/o Cavalry SPV I, LLC,    500 Summit Lake Drive,    Valhalla, NY 10595-1340
                                                                                              TOTAL: 4
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:
```
              Antonio R. Espinosa    on behalf of Debtor Diego  Barrera Andespbk@gmail.com
              Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for
               GSAA HOME EQUITY TRUST 2006-16 ASSET-BACKED CERTIFICATES SERIES 2006-16 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Michael McDonnell    jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```